**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **ROBERT McBRIDE,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| v. | )   Civil Action No.: 2:06cv170-CSC |
| | ) |
| **MEDTRONIC,** | ) |
| | ) |
|    **Defendants.** | ) |
| | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE**

COMES THE PLAINTIFF, Robert McBride, pursuant to Rule 41(a) of the *Federal Rules of Civil Procedure,* and gives notice to this Honorable Court and to all counsel of record that the above-captioned cause is dismissed without prejudice.

Respectfully submitted,


s/Paul C. Garrison_____


OF COUNSEL:

**HOLLIS & WRIGHT, P.C.**
1750 Financial Center
505 North 20th Street
Birmingham, AL  35203
Telephone: (205) 324-3600
Facsimile: (205) 324-3636

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 1, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

 Edward S. Sledge, III
 Frederick G. Helmsing, Sr.
 MCDOWELL KNIGHT ROEDDER & SLEDGE, L.L.C.
 Post Office Box 350
 Mobile, AL 36602
 (251) 432-5300

                s/Paul C. Garrison_____