**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 223-7308

March 2, 2006

TO:     All Counsel

FROM:   Clerk's Office

RE:     Robert McBride v. Medtronic. Inc.
        Civil Action No.  2:06cv00170-SRW

Pursuant to the Notice of Voluntary Dismissal Without Prejudice filed by the plaintiff on March 1, 2006,  this case has been closed and removed from the docket of this court.